AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| PABLO BENITEZ-ARROYO | ) Case No. 6:24 mj 36 |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* PABLO BENITEZ-ARROYO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Illegal re-entry to the United States by alien who was previosuly removed from the United States, in violation of Title 8, United States Code, Section(s) 1326(a).

Date: 10-24-2024

_____
*Issuing officer's signature*

City and state: Greenville, SC

Kevin McDonald, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10-24-24, and the person was arrested on *(date)* 10-23-24
at *(city and state)* Greenville, SC.

Date: 10.24.24

_____
*Arresting officer's signature*

Jared J. Tilley, Deportation officer, ICE
*Printed name and title*